UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JOEL G. FRANCKOWIAK, :
:
          Plaintiff, :
:
          v. : No. 5:16-cv-04480
:
CONAGRA FOODS, INC., :
:
          Defendant. :
_____

**O R D E R**

**AND NOW**, this 21st day of June, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 37, is **DENIED**.

                                            BY THE COURT:

                                            */s/ Joseph F. Leeson, Jr.*_____
                                            JOSEPH F. LEESON, JR.
                                            United States District Judge